# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2017

153482 (31)

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LAWRENCE RICHARD SOUTHWELL,
     Defendant-Appellant.

SC: 153482
COA: 330264
Jackson CC: 87-045822-FH

_____/

     On order of the Court, the motion for reconsideration of this Court's November 30, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2017



Clerk

t0227